**No. 11-6341 (11A290). Manuel Valle, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.**

564 U.S. 1069, 132 S. Ct. 73, 180 L. Ed. 2d 942, 2011 U.S. LEXIS 5210.

September 28, 2011. Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 654 F.3d 1266.

**No. 11-6528 (11A320). Manuel Valle, Petitioner v. Florida.**

564 U.S. 1069, 132 S. Ct. 74, 180 L. Ed. 2d 942, 2011 U.S. LEXIS 5207.

September 28, 2011. Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 72 So. 3d 748.

**No. 11-6628 (11A333). Manuel Valle, Petitioner v. Rick Scott, Governor of Florida, et al.**

564 U.S. 1069, 132 S. Ct. 74, 180 L. Ed. 2d 942, 2011 U.S. LEXIS 5208.

September 28, 2011. Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 441 Fed. Appx. 688.